UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY CURRA,

            Plaintiff,

    vs.

COUNTRY CLUB OF SCRANTON

           Defendant.

CIVIL ACTION NO.: 3:10-CV-591

(Judge Kosik)

## VERDICT

We, the jury, unanimously find the following by a preponderance of the evidence:

1. Has the Plaintiff, Anthony Curra, established by a preponderance of the evidence, that age was a determinative factor for his termination from the Defendant, Country Club of Scranton, that is, if not for the Plaintiff's age, his termination from the Country Club of Scranton would not have occurred?

    Answer:

        Yes_____ No__X__

**IF YOU ANSWERED YES TO QUESTION #1, PROCEED TO QUESTION #2. OTHERWISE PLEASE STOP, SIGN AND DATE THE VERDICT SHEET AND ADVISE OF YOUR CONCLUSION.**

2. What amount, if any, of back-pay is the Plaintiff entitled to receive as a result of your determination of question #1?

    Answer:

        $_____

**PLEASE PROCEED TO QUESTION #3.**

3. What amount, if any, of front-pay is the Plaintiff entitled to receive?

Answer:

$_____

**PLEASE PROCEED TO QUESTION #4.**

4. What amount, if any, is the Plaintiff entitled to receive for compensatory damages, i.e. emotional and mental harm?

Answer:

$_____

**PLEASE PROCEED TO QUESTION #5**

5. If you return a verdict for Plaintiff, and if Plaintiff has failed to prove actual damages, then you must award nominal damages of one dollar ($1.00).

Answer:

$_____

**YOUR DELIBERATIONS ARE OVER.  PLEASE SIGN AND DATE THIS VERDICT SHEET AND RETURN TO THE COURTROOM.**

SO SAY WE ALL, THIS _____9th_____ DAY OF MAY, 2012.

_____
Foreperson