AO 450 (Rev. 5/85)  Judgment in a Civil Case

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY CURRA

**JUDGMENT IN A CIVIL CASE**

V.

COUNTRY CLUB OF SCRANTON

CASE NUMBER:  Civil 10-591

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendant Country Club of Scranton, and against the plaintiff, Anthony Curra.

May 9, 2012  
**Date**

Mary E. D'Andrea  
*Clerk*

Theresa Hannon  
*(By) Deputy Clerk*